In the Matter of the Application of Lavinia Lally, a Creditor of Mary

Eagan, Deceased, Appellant. The People of the State of New York, Respondent.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Judicial Settlement of the Intermediate Account of Joseph S. Rush, as Executor, etc., of Hannah Elizabeth Owens, Deceased, Appellant. Helena Hagler, Respondent.— Decree and order of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Robert L. Kammerer and Mollie Kammerer, Respondents, v. Jacob Panitz and Bernard Panitz, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

John Moisa, Appellant, v. Ansel V. Young, as Overseer of the Poor of the Town of Southhold, Suffolk County, New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Patrick Moran, Respondent, v. O'Rourke Engineering and Construction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Eva Napear, Respondent, v. The Interborough Rapid Transit Company, Appellant.— Order setting aside verdict and granting a new trial affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ.

Francis Pearsall, Respondent, v. Peter Robbins and Others, Appellants.— Judgment modified by striking out the provision for costs, and as modified affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.